JOHN MARSICH, Appellant, *v.* EASTMAN KODAK COMPANY et al., Respondents.

(Argued December 3, 1935; decided January 7, 1936.)

*Leon Lauterstein, Melbourne Bergerman* and *David T. Smith* for appellant.

*E. Willoughby Middleton* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.